**Kirsty Anne MAY, Plaintiff–Appellant,**

v.

**POKOIK RACING STABLES, INCORPORATED, a/k/a Lion Farm, Defendant–Appellee.**

**No. 00–2553.**

United States Court of Appeals, Fourth Circuit.

Submitted April 13, 2001.

Decided May 15, 2001.

Richard Carl Detwiler, Callison, Tighe & Robinson, L.L.P., Columbia, SC. Mark S. Barrow, William R. Calhoun, Jr., Sweeny, Wingate & Barrow, P.A., Columbia, SC, for appellee.

Before WILKINS, LUTTIG, and MICHAEL, Circuit Judges.

PER CURIAM.

Kirsty Anne May appeals the district court's orders granting summary judgment to Defendant and denying her motion for reconsideration in her personal injury action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See May v. Pokoik Racing Stables, Inc.*, No. CA–00–170–3–19 (D.S.C. filed Oct. 19, 2000; entered Oct. 23, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court

and argument would not aid the decisional process.

*AFFIRMED.*